UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF FLORIDA  
FT. MYERS DIVISION

2009 SEP 18 PM 1:34

U.S. DISTRICT COURT  
MIDDLE DISTRICT OF FLORIDA  
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

-vs-

REGINALD BERNARD HATCHER

Case Number: 2:98-cr-32-FTM-29SPC

USM Number: 20639-018

Frank Zaremba, FPD  
1514 Broadway, Suite 301  
Ft. Myers, Florida 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) 4,8,9 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Positive urinalysis for cocaine on July 9, 2009 | July 9, 2009 |
| 8 | Admission of illegal drug use for cocaine | August 28, 2009 |
| 9 | Admission of illegal drug use for Marijuana | August 28, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Court dismisses violation charge numbers 1,2,3,5,6,7 on motion of the Government.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

9/17/2009

JOHN E. STEELE  
UNITED STATES DISTRICT JUDGE

September 18, 2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

The Court recommends to the Bureau of Prisons: Close to Buffalo, New York

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal